# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D17-4974

———————————————————

LAWRENCE LEE JONES,

Appellant,

v.

Sergeant JESSIE A. CHUNN,
DERBY E. BUCHANAN, Sergeant
JACQUELINE CONE, Lt. MARVIN
R. HAMPTON, Major M. LINDSEY,
and LACIA THOMAS,

Appellees.

———————————————————

On appeal from the Circuit Court for Wakulla County.
John C. Cooper, Judge.

September 6, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Lawrence Jones, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellees.